UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Beck,

        Plaintiff,                                 Civil No. 06-1075 (RHK/FLN)

vs.                                              **DISQUALIFICATION AND**
                                                   **ORDER FOR REASSIGNMENT**

Judge Richard H. Kyle, Magistrate
Judge Franklin L. Noel, Kari Jo Ferguson,
Stephen C. Rathke, Mark W. Hardy,
Mary R. Vasaly, Warden Jessica Symmes,
Kathy Reid, Dr. Stephen Craane, Warden
Robert Feneis, Jannette Wilson,

        Defendants.

        The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 17, 2006

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge