# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Reverand BECK, Ph.D.,** | Civil No. 06-1075 JNE/SRN |
| **Plaintiff,** | |
| v. | |
| | **ORDER** |
| **Judge RICHARD H. KYLE, Magistrate Judge FRANKLIN L. NOEL, KARI JO FERGUSON, STEPHEN C. RATHKE, MARK W. HARDY, MARY R. VASALY, Warden JESSICA SYMMES, KATHY REID, Dr. STEPHEN CRAANE, Warden ROBERT FENEIS, and JANNETTE WILSON,** | |
| **Defendants.** | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 15, 2007  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

This action is SUMMARILY DISMISSED WITHOUT PREJUDICE as to Defendants Judge Richard H. Kyle, Magistrate Judge Franklin L. Noel, Kari Jo Ferguson, Stephen C. Rathke, Mark W. Hardy, Mary R. Vasaly, Warden Jessica Symmes, Kathy Reid, Warden Robert Feneis, and Jannette Wilson.

DATED: _November 28, 2007.

                                                          s/ Joan N. Ericksen
                                                          Judge Joan N.  Ericksen
                                                          United States District Court Judge