# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Reverend Beck, Ph.D.,                    Civil No. 06-1075 (JNE / SRN)

        Plaintiff,

v.                                       **ORDER**

Dr. Stephen Craane,

        Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 12, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for judgment as a matter of law (Doc. No. 81) is DENIED WITHOUT PREJUDICE.


DATED:  July 14, 2008.

                        s/ Joan N. Ericksen
                        Judge Joan N. Ericksen
                        United States District Court Judge