UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Reverend Beck, Ph.D.,

      Plaintiff,

v.                                                      Civil No. 06-1075 (JNE/SRN)
                                                      ORDER

Dr. Stephen Craane,

      Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Susan Richard Nelson, United States Magistrate Judge, on November 6, 2008. The magistrate judge recommended that Defendant's motion for summary judgment be granted and that this action be dismissed with prejudice. Plaintiff filed objections. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.     Defendant's motion for summary judgment [Docket No. 92] is GRANTED.

2.     This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 4, 2008

                                                                  s/ Joan N. Ericksen
                                                                  JOAN N. ERICKSEN
                                                                  United States District Judge